UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/03/2025
```

MAO-SHENG LIN

                 Petitioner,

-against-

WARDEN, ORANGE COUNTY JAIL; U.S. DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)

                 Respondents.

25-CV-9039 (GHW)

ORDER TO ANSWER, 28 U.S.C. § 2241

GREGORY H. WOODS, United States District Judge:

    The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

    **The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued at the following email address: jeffrey.oestericher@usdoj.gov.**

    Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer.

The Court directs Respondents to notify the Court promptly following the petitioner's release from detention or the petitioner's transfer to any other detention facility. The Clerk of Court is directed to mail copy of this order to Petitioner via certified mail.

SO ORDERED.

Dated:   November 3, 2025

_____<br>
GREGORY H. WOODS<br>
United States District Judge