**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MAO-SHENG LIN,

                      Petitioner,                             25 **CIVIL** 9039 (GHW)

        -against-                                    **JUDGMENT**

WARDEN, ORANGE COUNTY JAIL, et al.

                      Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion & Order dated February 13, 2026, Mr. Lin's petition

for a writ of habeas corpus is DENIED without prejudice; accordingly, the case is closed.

**DATED:**  New York, New York
            February 18, 2026

                                  **TAMMI M. HELLWIG**
                                 _____
                                     **Clerk of Court**

              **BY:**             K. mango

                                    _____
                                   **Deputy Clerk**