UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

MAO-SHENG LIN.,

                         Plaintiff,

               -v-

WARDEN, ORANGE COUNTY JAIL, *et al.*,

                   Defendants.

------------------------------------------------------------------ X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/26/2026

1:25-cv-9039-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Petitioner requested leave to proceed *in forma pauperis* on February 24, 2026. Because this case is closed, that request is denied.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to Petitioner.

SO ORDERED.

Dated: February 26, 2026
      New York, New York

                                 GREGORY H. WOODS
                             United States District Judge