UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

| | |
|---|---|
| MAO-SHENG LIN, | : |
| | : |
| Petitioner, | : |
| | : |
| -v- | : |
| | : |
| WARDEN, ORANGE COUNTY JAIL, ET AL., | : |
| | : |
| Respondents. | : |
| | : |

------------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2026
```

1:25-cv-9039-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Petitioner brought this *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2241. By Memorandum and Order dated February 13, 2026, the Court denied the petition. (ECF 14.) The Clerk of Court entered judgment on February 18, 2026. (ECF 15.) On February 27, 2026, Petitioner filed another petition for a writ of habeas corpus under Section 2241, which the Clerk of Court docketed as a letter in this action. (ECF 19.) Because this action is closed, the Court directs the Clerk of Court to remove that petition (ECF 19) from the docket in this action, and to open the petition as a new civil action. This action remains closed.

Because the petition at this time makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. Cf. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

       SO ORDERED.

Dated: March 3, 2026
      New York, New York

                                   GREGORY H. WOODS
                            United States District Judge